**No. 09-10432. Pamela Hoskins-Harris, Petitioner v. Tyco/Mallinckrodt Healthcare, Inc., et al.**

562 U.S. 844, 131 S. Ct. 81, 178 L. Ed. 2d 53, 2010 U.S. LEXIS 5918.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 334 Fed. Appx. 787.

**No. 09-10441. Jemain Hunter, Petitioner v. George M. Galaza, Warden.**

562 U.S. 844, 131 S. Ct. 81, 178 L. Ed. 2d 53, 2010 U.S. LEXIS 5986.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 366 Fed. Appx. 766.

**No. 09-10470. Daryl Steven Carr, Petitioner v. United States.**

562 U.S. 844, 131 S. Ct. 82, 178 L. Ed. 2d 53, 2010 U.S. LEXIS 5910.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 592 F.3d 636.

**No. 09-10471. James Donald King, Petitioner v. North Carolina.**

562 U.S. 844, 131 S. Ct. 82, 178 L. Ed. 2d 53, 2010 U.S. LEXIS 5813.

October 4, 2010. Petition for writ of certiorari to the Superior Court of North Carolina, Guilford County, denied.

**No. 09-10477. Christopher Devon Jackson, Petitioner v. Texas.**

562 U.S. 844, 131 S. Ct. 82, 178 L. Ed. 2d 53, 2010 U.S. LEXIS 5944.

October 4, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 09-10481. Michael Robinson, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

562 U.S. 844, 131 S. Ct. 83, 178 L. Ed. 2d 53, 2010 U.S. LEXIS 5939.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-10484. Lorenzo Robinson, Petitioner v. Matt Kramer, Warden.**

562 U.S. 844, 131 S. Ct. 83, 178 L. Ed. 2d 53, 2010 U.S. LEXIS 6025.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 588 F.3d 1212.

**No. 09-10485. Hector Rivera, Petitioner v. California.**

562 U.S. 844, 131 S. Ct. 83, 178 L. Ed. 2d 53, 2010 U.S. LEXIS 5843.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of California denied.